## KOLMAN *v.* THE STATE.

A motion for a new trial made upon the ground, amongst others, that the verdict was contrary to law and the evidence should be sustained and a new trial granted if the evidence fails to show in what county the alleged offense was committed.

Submitted October 18,—Decided November 8, 1905.

Accusation of cruelty to animal. Before Judge Norwood. City court of Savannah. July 10, 1905.

*Simon N. Gazan,* for plaintiff in error.
*William W. Osborne, solicitor-general,* contra.

Beck, J. The defendant was tried in the city court of Savannah, charged with the offense of a misdemeanor, and, after conviction, moved for a new trial, which motion the court overruled, and the defendant excepted. The defendant's motion was based upon the general grounds that the verdict was contrary to law and the evidence and without evidence to support it. The evidence upon the main question in the case (that is as to whether the defendant was guilty of the specific offense charged, to wit, that he "did instigate the cruel treatment of a domestic animal") is conflicting; but the motion for a new trial should have been sustained upon the ground that the verdict was contrary to law and the evidence, inasmuch as the record does not disclose that there was any evidence whatever to show that the crime was committed in Chatham county, as alleged in the indictment, the only evidence tending to locate the scene of the alleged offense being to the effect that it was committed at the corner of "Farm and Bryan," without even naming the city in which Farm and Bryan are situated; and courts do not take judicial cognizance of such facts. *Alexander* v. *State,* 105 *Ga.* 834; *Carter* v. *State,* 48 *Ga.* 43.

*Judgment reversed. All the Justices concur.*